**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL A. VASQUEZ, Petitioner, v. YATES, Director of the California Department of Corrections and Rehabilitation, Respondent. | Civil No. 07cv2081-H (AJB) **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than January 7, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee.

Additionally, a Petition for Writ of Habeas Corpus must be submitted in accordance with the Local Rules of the United States District Court for the Southern District of California. See Rule 2(d), 28 U.S.C. foll. § 2254. In order to comply with the Local Rules, petitions must be submitted upon a court-approved form and in accordance with the instructions approved by the Court. Id.; S. D. CAL. CIVLR HC.2(b). Petitioner has failed to use a court-approved form. If

Petitioner wishes to proceed with this matter, he must complete and return the First Amended Petition form the Court is providing to him along with this Order. The Clerk of Court is directed to send Petitioner a blank Southern District of California amended petition form and a blank Southern District of California In Forma Pauperis Application along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: November 6, 2007

Marilyn L. Huff
United States District Judge

CC: ALL PARTIES OF RECORD