MC-275

Name Mike Vasquez
Address P.O. Box 8501
P.V.S.P A-Gym
Coaling CA 93210

CDC or ID Number V 11034

FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

SUPREME COURT
FILED
MAR - 8 2007
Frederick K. Ohlrich Clerk
Deputy

Ca. Supreme Court
abl to District Suprem
(Court)

07CV2081 H(AJB)

# PETITION FOR WRIT OF HABEAS CORPUS

Mike Vasquez
Petitioner
vs.
People
Respondent
co Yates. vom-

No. B182383
(To be supplied by the Clerk of the Court)

S150817

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

RECEIVED
MAR 8 - 2007
CLERK SUPREME COURT

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.





Cave dosh-vagama. he is a pen. me Huff-

**This petition concerns:**

- [ ] A conviction
- [ ] Parole
- [x] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other *(specify)*: ______

1. Your name: VASQUEZ, MIGUEL
2. Where are you incarcerated? D.V.S.P.
3. Why are you in custody? [x] Criminal Conviction [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

BATTERY W/ SERIOUS BODILY INJURY P.C. 243 (D)

b. Penal or other code sections: 243 (D)

c. Name and location of sentencing or committing court: LAX COURT L.A. COUNTY

d. Case number: B182383

e. Date convicted or committed: MAY 2004, 11

f. Date sentenced: ______

g. Length of sentence: 6 yrs.

h. When do you expect to be released? DEC 10, 2008

i. Were you represented by counsel in the trial court? [ ] Yes. [x] No. If yes, state the attorney's name and address:

4. What was the LAST plea you entered? *(check one)*

[ ] Not guilty [ ] Guilty [x] Nolo Contendere [ ] Other: ______

5. If you pleaded not guilty, what kind of trial did you have?

[ ] Jury [ ] Judge without a jury [ ] Submitted on transcript [ ] Awaiting trial

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

I AM CONVICTED UNDER THE RULE 28 THE 2ND DIS. COURT OF APPEAL DENIED PETITIONER PETITION AND THE INEFFECTIVE COUNCIL.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I WAS NOT AGREEABLE, TO THE SENTENCE STRUCTURE UPON WHICH WAS GIVEN TO ME. IN THAT, I SUSTAINED A PERJURY IN COURT BEING THAT, I RECEIVED INEFFECTIVE ASSISTANCE. I WILL BE SERVING A SIX YEAR SENTENCE MANDATE. I WAS SENTENCE UNDER P.C 1170.12 PURSUANT 667 B's. I WILL NOT BE ABLE TO AGREE TO THIS MANDATE. I WILL NOT EVEN KNOW WHO TO WRITE ABOUT MY PROBLEM BECAUSE I AM NOT ABLE TO UNDERSTAND MY SITUATION. THIS IS NOT THE SENTENCE THAT I AGREED UPON. THIS IS NOT WHAT I WAS TOLD THAT I WOULD BE MADE TO SERVE. PLEASE RECONSIDER. THANK YOU KINDLY.

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

I AM WRITING TO LAX 2ND APPEAL COURTS. AND I HAVE A CAP ATTORNEY HIS NAME IS ALGER. OUT OF CLOVIS. THANK YOU.

7. **Ground 2 or Ground** ______ *(if applicable):*

a. Supporting facts:

b. Supporting cases, rules, or other authority:

8. Did you appeal from the conviction, sentence, or commitment? [X] Yes. [ ] No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
LAX LA COUNTY

b. Result INEFFECIVE c. Date of decision: OCT 28 2005

d. Case number or citation of opinion, if known: SA052507 AND APPEAL CASE # B182383

e. Issues raised: (1) INEFFECTIVE ASSISTANCE

(2) ABSOLUTE CONFLICT

(3)

f. Were you represented by counsel on appeal? [X] Yes. [ ] No. If yes, state the attorney's name and address, if known:
ALGER AND ALGER

9. Did you seek review in the California Supreme Court? [X] Yes [ ] No. If yes, give the following information:

a. Result DENIED b. Date of decision: 10/20/2006

c. Case number or citation of opinion, if known: B182363

d. Issues raised: (1) IMPROPE SENTENCING

(2) INEFFECTIVE COUNSEL

(3)

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
HE DIDNT READ THE STATEMENTS OF FACT ON MY RETURN ANSWER EVER AND AT ALL.

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
THIS IS MY SENCOND TIME WRITING TO THE CALIFORNIA SUPREME COURT.

b. Did you seek the highest level of administrative review available? [X] Yes. [ ] No.
*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: ______

(2) Nature of proceeding (for example, "habeas corpus petition"): ______

(3) Issues raised: (a) ______

(b) ______

(4) Result *(Attach order or explain why unavailable):* ______

(5) Date of decision: ______

b. (1) Name of court: ______

(2) Nature of proceeding: ______

(3) Issues raised: (a) ______

(b) ______

(4) Result *(Attach order or explain why unavailable):* ______

(5) Date of decision: ______

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

______

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

I DO NOT KNOW.

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

______

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

______

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I SEEK RELIEF IN, THAT I HAVE NO OTHER REMEDY.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 3/1/07

▶ [signature]
(SIGNATURE OF PETITIONER)



Quimuve-one o1. Vasquez d.vascodag