07cv 2081 H(AJB)

FILED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Los Angeles County District Att...,
State of Cal. — via Civil..yes.me.

| | |
|---|---|
| Plaintiff | RECEIVED OCT 1 2 2007 CLERK SUPREME COURT |
| Computer v— | |
| L.A. Coyn. Att.,—one one o-ne..o-one one...tm-. | Amendment at Abstract of Judgement wilder or commital in paraphrases to remove plaintiff in the En Banc. no. 07cv 2081 b-we. no. S150817 |
| Miguel A. Vasquez Def.o1 | |
| Versus we Yates-v.ohwell. | |
| Mr. Steve Cooley Ste.Ca.ev | |

Serious infraction's are not regarded to be on the litigation hereto and little make effort to wend explanation if the pursuant does incur a procedural default and filed on March 08, 2007 within the Supreme Court of Ca. or the letter of March to receipt or standard occasion whereas complete remission deviate distract and only continue with a word as served pursuant and leak there and stable term noting the indiscriminate filing or last and not least a wrongdoing and the effort on behalf of Alger and Alger Att. on or many other Attorney's at pro bono pondering the schedule or public mayhem in written Habeas Corpus or strength of Hon... Judge aba-one1 Chief Justice George on the wend and supplication in the way of layman and letter of the clerk Frei. erick K. Ohlrich Deputy in charge intervene at the by thaet or hwile Ic reden and raedan in the by that and we are in due process in the one or duty in payable infraction or in procedure of sentence and the wilder in a oen or being and tail or abel saying or a manner hither to explanation and bending a sentence and layman Werdegar--J-., abe will be a present represent-ative...-and he is a lead representative or not present or

Pursuant and manner and oeno.-2 one..o1

cont... and it will be every best interest or condition to be there when I am not. $ or I will be a person in custody at Pleasant Valley State prison and I will be able to gambel a rest or hit a new term or say to the court of carf. omit a berth and the gambol ain't and the or a proper revealing and En Banc won't be right and me is the present or gamberm or status of my crate or the one or a misconduct and not the way to hinder rampant discourse but a being in status quo or the gale or many jester's in the compliance at el et or el and I am in a condition and bale to your find or the person in charge is confusing due procession or catapulting to wayward Jurisdiction or my power suppliant is true and the level of Grand dafab. and the oral procedure was given to a lesser few or the commonality of Default will rebutle and give the stance and my troele is a company or forthright is my asking in praise of the hearing and a gloating and a personal infraction or marring and said to wender or familiar party originater and the left right and a party and civil case opener or my compared individual find is my sound right's or my familiar is not the person to have in due process or my litigation due in The United States Supreme Court and sole parties for the commoner at Federal level and able or discussed as in presence or the weigh-ing of Judicial matter's to and at this level continue in Superior court or the remittanee and remitment or a higher level of conduct am in the by thae t one or he the Honorable P. ONeill will say to him the Defendant's person later Werdegar having said to the stand under gavel when or a place or the like in People vs. Duvell 1995.--- 9 Cal.-. one and 4th one..one.. 464 one..one..-one,.one period-1 or a suppliant at the Superior Court and not En Banc in the United oe-States of America.

My name is true and correct and hereby demand the file in cale. or circulamet and I am releasing a document in fiction. U.S.A.B. or the abstract om. o1 of jud.--one..one.. and have here signed my approved signature given a copy.

Sept. 28, 2007 one-one...1one [signature] oemeuu

[illegible]