**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MIGUEL A. VASQUEZ,

Petitioner,

v.

YATES, Director of the California Department of Corrections and Rehabilitation,

Respondent.

Civil No. 07cv2081-H (AJB)

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING FIRST AMENDED PETITION WITHOUT PREJUDICE**

On October 29, 2007, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. However, Petitioner failed to pay the $5.00 filing fee and failed to move to proceed in forma pauperis. In addition, Petitioner failed to use a court-approved petition form as required by the Local Rules of the United States District Court for the Southern District of California.

On November 7, 2007, the Court dismissed this action for failure to satisfy the filing fee requirement and failure to use a court-approved form. Petitioner was provided with the appropriate Southern District of California In Forma Pauperis form and amended petition form. He was instructed that if he wished to proceed with this case, he must submit, no later than January 7, 2008, the $5.00 fee, or adequate proof of his inability to pay the fee, <u>and</u> file a First Amended Petition on a court-approved form.

Petitioner has now submitted a Motion to Proceed In Forma Pauperis and a First Amended Petition. The Motion to Proceed In Forma Pauperis is **DENIED** because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Although Petitioner has attached the Prison Certificate which was sent to him along with a copy of this Court's previous Order of dismissal, the certificate is not signed by an authorized officer of the institution at which he is confined.

Additionally, the First Amended Petition is not on a court-approved form. Rather, Petitioner has filed what appears to be a copy of a habeas petition filed in the California Supreme Court. Petitioner was previously informed that, in order to comply with the Local Rules, petitions must be submitted upon a court-approved form and in accordance with the instructions approved by the Court. See S. D. CAL. CIVLR HC.2(b). Petitioner has once again failed to use a court-approved form. If Petitioner wishes to proceed with this matter, he must submit, no later than **January 7, 2008**, the $5.00 fee, or adequate proof of his inability to pay the fee, and file an amended petition on a court-approved form. The Clerk of Court is directed to send Petitioner a blank Southern District of California amended petition form and a blank Southern District of California In Forma Pauperis Application along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: November 26, 2007

Marilyn L. Huff
United States District Judge

CC: ALL PARTIES